Name: Adam Roberson #104710

Address: PO Box 311 Eldorado KS 67042

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Adam P. Roberson, Plantiff
(Full Name)

V.

Nathaniel Chiles, Defendant(s)
& Centurion, Kelly Knipp

CASE NO. 23-3205-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Adam Paul Roberson (Plaintiff), is a citizen of Kansas (State) who presently resides at PO Box 311 Eldorado correctional facility, Eldorado (Mailing address or place of confinement.)

2) Defendant Nathaniel Chiles (Name of first defendant) is a citizen of Eldorado Kansas (City, State), and is employed as Correctional officer – Corporal (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

He was a response unit to a call about myself not cuffing up or attempting to slip my cuffs on 10-5-22 at EDCF

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          1

3) Defendant ~~Cent~~ Kelly Knip Centurion is a citizen of
(Name of second defendant)
Eldorado Kansas, and is employed as
(City, state)
Centurion Medical Nurse practitioner. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X], No ☐. If your answer is "Yes", briefly explain:
They were the staff who saw me.

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____
_____

B. NATURE OF THE CASE

1) Briefly state the background of your case:
On 10-5-22 I was in B2 cellhouse & was told to exit my cell in handcuffs & Refused, I then slipped them from behind me to in front by stepping thru them. A code for assistance was called by sgt. chastain & multiple officers arrived. By the time officer Chiles showed up I was already back with cuffs behind me. As they escorted me from my cell to the shower 2

XE-2 8/82                  CIVIL RIGHTS COMPLAINT §1983

Chiles bent my right pinky till it Audibly popped causing the tendon to rip from the bone

(2) Supporting Facts continued

by the time he arrived I had already had my handcuffs put back behind me by officers Singley and Sgt. Chastain. I was then escorted from my cell to the showers. On the way there, Chiles bent my right pinky so far to the side I heard an audible pop & instantaneous horrible pain. Since that night I have had horrible pain & my finger has curled up into a hook shape. I put in medical request forms and finally a couple months later the provider put in an order to request I be seen by a specialist in Wichita KS.

On April 4th 2023 6 months after my injury I was taken to a hand specialist in Wichita where I was told that the tendon had been ripped from the bone. The Doctor had me put in a cast that was originally supposed to be changed once a week for 6 weeks followed by rehabilitation therapy. I never was taken back & when I asked medical staff employed by Centurion I was told that I did have an appt. set. It is now August 2023 nobody came & ever removed my cast. I put in a medical request & was seen by Nurse practitioner Kelly Knipp. She told me she put an order in to have that cast removed weeks ago. And did not know why nobody came

→

(supporting facts continued)

③ and removed it. She further stated that I had been approved for Rehab therapy.

On 7-27-23 I had my first Rehab session with a specialist who comes into the facility. He told me it is possible that the severity of the damage done & the length of time it took to have it diagnosed "6 months" and casted may be irreversible & permanent deformation and pain. I therefore file this civil Rights violation against Centurion Medical staff at EDCF and corporal - Chiles. As I have suffered violations of my 8th & 14th amendment cruel & unusual punishment and deliberate indifference.

On 8-16-23 I received back my final attempt to Resolve my Grievance. They claim it is invalid. I was NOT grieving the injury claim, I only mentioned it because the claim disappeared. The Reason I grieved is because I wanted the officer held accountable and the medical staff.

Thank you! As of 8-16-23 I am still going thru Rehab for my hand →

pg 4)

August 10th, 17th & 24th — I did not get taken to my Rehab appointments so out of 6 sessions I have only had 2 actual appointments. This is clearly neglect by medical & a deliberate indifference to my injuries

I am filing this suit as of 8-25-23.

Respectfully

Adam Roberson #104710
E.D.C.F.
PO Box 311
Eldorado correctional facility
Eldorado, KS 67042

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __violation of 8th amendment "Cruel and unusual punishment" #1__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On 10-5-22 officer Nathaniel Chiles was responding to a code at my cell B2-243 at Eldorado correctional facility because I had stepped thru my cuffs & brought them from behind me to the front of me →

B) (1) Count II: __Deliberate indifference__

(2) Supporting Facts: __✗ see Attached ✗__

3

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

4

    e) Approximate date of filing lawsuit    8-25-23

    f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I did the whole grievance procedure, Asking for investigation & or punishments handed down. NONE were done

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

For pain & suffering & permanent damage

Total $80,000

_____  _____
Signature of Attorney (if any)      Signature of Plaintiff

_____
(Attorney's full address and telephone number)

5

XE-2 8/82      CIVIL RIGHTS COMPLAINT §1983