

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

A1 144

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

July 5, 2023

TO: 0104710 Roberson, A

El Dorado Correctional Facility

RE: Invalid Grievance

I received your correspondence that included an unnumbered grievance.

KAR 44-15-101 (a)(d)(2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

Your complaint is clearly about the personal injury claims procedure. KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

cc: Warden Williams
    w/attachments
Image: SOCRESP
    w/attachments

RECEIVED
AUG 4 2023
WARDEN'S OFFICE

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



Kansas
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

RECEIVED

**Date:** JUN 1 9 2023

JUN 3 0 2023

**TO:** Roberson, A. #104710 A2-233

DOC Facility Management Area

**Re:** Grievance Concerning: K.A.R. 44-15-101a (d) (2) Grievance Procedures and Alternative K.A.R and/or I.M.P.P.

I have reviewed your complaint along with the response provided by UTM J. Buchanan. Based on my review, I feel no further action is necessary. According to KAR 44-15-101a (d) (2): The grievance procedure shall not be used in any way as a substitute for, or as part of; the offender disciplinary procedure, the classification-making process, or the property loss or personal injury claims procedure or the procedure for censorship of publications specified in the Secretary's Internal Management Policy and Procedure. The grievance system shall not challenge the decision of these other procedures.

However, the correct procedures are:
- Disciplinary Reports-K.A.R. 44-13-701 et seq.
- Classification Decision Making- I.M.P.P. 11-106 section V.
- Property Loss-K.A.R. 44-16-102 and I.M.P.P. 01-118
- **Personal Injury-K.A.R. 44-16-104a and I.M.P.P. 01-118**
- Censorship-I.M.P.P. 12-134
- Custody Classification Appeals – I.M.P.P. 11-106 section III B 3

Furthermore, as stated in K.A.R. 44-15-102 (G)(C)(1): "If the warden's answer is not satisfactory, the offender may appeal to the secretary's office by indicating on the grievance appeal form exactly what the offender is displeased with and what action the offender believes the secretary should take. The offender's appeal shall be made within three calendar days of receipt of the warden's decision or within three calendar days of the deadline for that decision, whichever is earlier.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: Offender
File
UTM J. Buchanan

RECEIVED

AUG 4 2023

WARDEN'S OFFICE

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name __Roberson__     Number __104710__

Facility __EDCF__     Housing Unit __A2-233__     Work Detail __—__

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

See attached informal resolution on A form 9 to unit team scolari

Date this report was given to Unit Team for informal resolution (to be completed by inmate). __4-15-23__

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Please attach informal resolution response before filing a blank grievance

* RESPONDED AGAIN ON 5-30-23 by PER ADMINISTRATION with Buchanan

Unit Team Signature __Buchanan__     Date __4-27-23__

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). __5-4-23__

Inmate Signature     * See Attached grievance     Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received __JUN 1 6 2023__     Date of Final Answer __JUN 1 9 2023__     Date Returned to Inmate _____

Inmate's Signature _____ Date _____ Unit Team Signature _____ Date _____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) __Personal Injury__

Cause of Complaint (Item 5: Code 01-30) _____

Type of Response (Item 6a: Code 01,02,08 or 09) _____

RECEIVED JUN 1 6 2023 WARDEN'S OFFICE

**\*INFORMAL Resolution\***

For Cellhouse Transfer
Work Assignment _____
Interview Requests

Last Name Only: ~~Roberson~~ Roberson

Unit Team

# KANSAS DEPARTMENT OF CORRECTIONS

Number: 104710

## INMATE REQUEST TO STAFF MEMBER

To: Scolari
Date: 4-15-23

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

~~Need~~ On 4-4-23 I was seen by a doctor in Wichita for a hand injury that came about in Oct of 2022. At this hearing I was told that my tendon in my right pinky finger had been ripped away from the bone. I am now in a cast to →

Work Assignment: _____
Living Unit Assignment: A2-233
Comment: _____
Unit Team Members Signature: _____

Disposition: Fill out a personal injury claim please. see attached

To: _____ Date: _____
(Name & Number)

Disposition: _____

CCA ficol
Employee's Signature

P-0009b

**To be returned to inmate.**

3) Repair the Damage inflicted by officer Chiles, Officers who Also were at his Aid During the Assault of my Person, Buchman, Singley, & 2 other members of the S.O.R.T./SST Teams. All who could've stopped this. Therefore I am filing on them Assault & Deliberate Indifference by Not stopping this. I also am including centurion & it's Medical Doctors/Nurses in this as it took 6 Months to be Diagnosed at an outside Facility. I Filed an injury claim on 10-5-22 & Never have heard back. I want punishments handed Down & compensation for Injury/Pain, humiliation

*Informal*

Page 1 of 2, Attachment A, IMPP 01-118D
Effective 12-21-21

# PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

## Section I

| Filed **AT** Facility No.: | Facility Initials: |
| Filed **AGAINST** Facility No.: | Facility Initials: |

(Refer to PLC coding manual for facility no. & initials)

Name of Claimant (Last, First, MI): | KDOC Number

**T**ype of Claim (circle one):     Lost Property     Damaged Property     Injury

Amount of Claim:     Date of Loss Damage, or Injury (MO/DAY/YR):

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: _____

Otherwise, circle one of the following:    Mailroom    R&D    Central Property
                                             Laundry    Gym    Dining Room
                                             Other Location

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.)

On April 16 CV. 5, 2022 While being Escorted to showers by SORT for a rule violation... Chules this is my 2nd claim on this matter

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, end belief.

Claimant Signature:        | Date:

Received from Resident/Claimant:    Date:    Time:

UT Name (print):    | UT Signature:    | Claimant Initials:

## Section II

Received by Warden/Superintendent on (MO/DAY/YR):    | Facility Log No. Assigned:

Inquiry Report:

Date (MO/DAY/YR):    | Investigator Name (print):    | UT Member or Investigator Signature:

## Section III



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

May 30, 2023

To: Roberson, A #104710

Re: Grievance dated 4-15-23

Issue: You grieve that SST members caused damage/personal injury when they "assaulted" him on an unknown date and time as you did not provide this information. You grieve that it took 6 months to be diagnosed at an outside facility. Resident states he has filed an injury claim already. You state you want punishment handed down for injury, pain, and humiliation.

Response: 44-15-101(a) (2) The grievance procedure shall **not** be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, **the** classification decision-making process, **the property loss or personal injury claims procedure**, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

Since you state you have already filed the personal injury claim, I am not sure what else you are requesting since you can't grieve the procedure. You may follow up with the property claims staff in a form 9 for any updates about your claim. If any disciplinary action is taken against staff members, you will not be made aware.

No further action will be taken.
UTM Buchanan
ACH

Attachment to Grievance
Response By LTM Buchanan

On 6-01-23 I Received a Response by LTM Buchanan on my Grievance regarding my injury/Battery bestowed upon me by SST Members.

I am NOT grieving the "Process" of injury claims!! So the warden will Read this I will show that what I am doing IS following the Rettes of PLRA Prisoner litigation Reform Act.

So Do Go Ahead & Deny Deny Deny.

So I can push this to the secretary of corrections.

Thank-you!!

...Team, Detail, or Cellhouse Office...

**To be retained by Inmate**

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Inmate's Last Name Only: Roberson

Inmate Number: 104710

Warden

**KANSAS DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST TO STAFF MEMBER**

To: _____  Date: 6-2-23

Please forward to Warden for Warden Review

Work Assignment: _____

Living Unit Assignment: A2-235

Comment: Wardens response to Grievance

Detail or C.H. Officer: _____

Disposition:

To: _____ (Name & Number)   Date: _____
Disposition:

Employee's Signature

**To be returned to inmate**