# UNITED STATES DISTRICT COURT
## District of Kansas

__Adam Roberson__
Plaintiff/Petitioner

__Centurion medical__
__Nathaniel Chiles    NP kelly knipp__
Defendant/Respondent

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT BY A PRISONER

CASE NUMBER    23-3205-JWL

I, __Adam Roberson__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes    ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Eldorado correctional__
   Are you employed at the institution? __NO__
   Do you receive any payment from the institution? __NO__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount.

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

I declare under penalty of perjury that the above information is true and correct.

Signed at: _Eldorado_____     _____/s/_____
           (Location)                (Signature)

           _8-25-25_____         ___104710_____
           (Date)                    (Inmate Number)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Adam Roberson
*Plaintiff/Petitioner*
v.
NAthaniel Chiles a Centurion NP
*Defendant/Respondent* kelly knipp

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __El dorado correctional facility__
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per
*(specify pay period)* _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment       ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends                ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments         ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments        ☐ Yes    ☒ No
(e) Gifts, or inheritances                               ☒ Yes    ☐ No
(f) Any other sources                                    ☐ Yes    ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Christmas $$ and Birthday $$ plus friends helped me out