```
8/23/2023        10:17:14         Kansas Department of Corrections         PGM - BKR0050B        Page   1
                                       Inmate Account Statement

Inmate:   0104710 ROBERSON,ADAM,PAUL

                                        Average Cash   Average Forced     Average Mandatory
                        Total Deposits  Balance*       Savings¹ Balance*  Savings² Balance***
February:                    .40           .01            144.71              .00
March:                       .49           .00               .70              .00
April:                       .00           .00               .89              .00
May:                         .00           .00               .89              .00
June:                        .00           .00               .89              .00
July:                        .00           .00               .89              .00
                         ----------    ----------      ----------         ----------
Total all Months:            .89           .01            148.97              .00


Average for Preceding Months:**    .45     .00            24.83               .00
Current Available Balance as of  8/23/2023:      .00       .89

*NOTE:    The average balance is calculated from the account data for the inmate
          location at the time interest is posted to his/her account for cash,
          forced savings, and mandatory savings.

**NOTE:   Average balance for preceding months is calculated from only
          months for which interest has been posted.

***NOTE:  Mandatory savings cannot be spent on court costs or attorney
          fees pursuant to statute and the Kansas Department of Corrections policy.



          This is to certify that this statement represents a true summary of
          deposits and average daily balances for the period shown.  The
          current balance of available funds is as reflected in the above statement.
          Certify Correct:                  Jessica Ramsdell    08/23/2023
          KANSAS DEPARTMENT OF CORRECTIONS  Signature of Authorized   Date
          714 SW Jackson, Suite 300
          Topeka                  KS   66603-0000   Accountant I
                                                    Position
```

¹Forced Savings is established per Internal Management Policy and Procedure 04-103.
²Mandatory Savings is established per K.S.A. 75-5268 1(g).